IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATH LEEN D. BOGGS, on behalf of herself and all other plaintiffs, known and unknown,<br><br>   Plaintiff,<br><br>v.<br><br>BROWN PRINTING COMPANY<br><br>   Defendant. | )<br>)<br>)<br>)<br>) No. 08 CV 1985<br>)<br>) Chief Judge Holderman<br>)<br>) Magistrate Judge Valdez<br>)<br>) |

**CORPORATE DISCLOSURE AND NOTIFICATION OF AFFILIATES**

Defendant Brown Printing Company ("Brown"), provides the following information pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2.

Brown is an operating division of Gruner + Jahr Printing and Publishing Company ("GJPP"). GJPP is a partnership that is majority owned by Bertelsmann AG. Bertelsmann AG is a corporation headquartered in the Federal Republic of Germany.

Dated: June 9, 2008     **BROWN PRINTING COMPANY**

              By: /s/ Paul Patten
                 Paul Patten

Cathryn E. Albrecht
Paul Patten
Andrea D. Somerville
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949

**CERTIFICATE OF SERVICE**

I, Paul Patten, an attorney, certify that on this 9th day of June, 2008, a true and correct copy of the foregoing Corporate Disclosure and Notification of Affiliates was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon the following:

> John W. Billhorn
> Billhorn Law Firm
> 515 N. State Street
> Suite 2200
> Chicago, IL 60610

/s/ Paul Patten
Paul Patten