IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN D. BOGGS, on behalf of herself and all other plaintiffs, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 1985 |
| v. | ) ) | Chief Judge Holderman |
| BROWN PRINTING COMPANY | ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

## MOTION TO DISMISS (COMBINED) AND IN THE ALTERNATIVE TO TRANSFER

Defendant Brown Printing Company ("Brown"), pursuant to Fed. R. Civ. P. 12(b)(3), 12(b)(6), and 12(g), and 28 U.S.C. §§ 93 and 1406 moves this Court to enter an order dismissing the Complaint filed by Kathleen D. Boggs ("Boggs"). As an alternative to dismissing the lawsuit under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. §§ 93 and 1406, Brown, pursuant to 28 U.S.C. § 1404, moves this Court to transfer this Lawsuit to the Western Division of the United States District Court for the Northern District of Illinois.

Dated:  June 9, 2008                                BROWN PRINTING COMPANY

                                    By:    /s/ Paul Patten
                                           Paul Patten

Cathryn E. Albrecht
Paul Patten
Andrea D. Somerville
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949

## CERTIFICATE OF SERVICE

I, Paul Patten, an attorney, certify that on this 9th day of June, 2008, a true and correct copy of the foregoing Motion to Dismiss (Combined) and in the Alternative to Transfer was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon the following:

>John W. Billhorn
>Billhorn Law Firm
>515 N. State Street
>Suite 2200
>Chicago, IL 60610

>/s/ Paul Patten
>Paul Patten