IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN D. BOGGS, on behalf of herself and all other plaintiffs, known and unknown, )<br><br>Plaintiff, )<br><br>v. )<br><br>BROWN PRINTING COMPANY )<br><br>Defendant. ) | No. 08 CV 1985<br><br>Chief Judge Holderman<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To:  John W. Billhorn
     Billhorn Law Firm
     515 N. State Street
     Suite 2200
     Chicago, IL 60610

Please take notice that Defendant Brown Printing Company will appear before the Honorable James F. Holderman, United States District Court Judge for the Northern District of Illinois, at **9:00 a.m. on June 12, 2008**, in Courtroom 2541, 219 South Dearborn, Chicago, Illinois, and present its **Motion to Dismiss (Combined) and in the Alternative to Transfer**, a copy of which has been served on you.

Dated: June 9, 2008                                                                BROWN PRINTING COMPANY

                                                    By:   /s/ Paul Patten
                                                          Paul Patten

Cathryn E. Albrecht
Paul Patten
Andrea D. Somerville
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949

## CERTIFICATE OF SERVICE

I, Paul Patten, an attorney, certify that on this 9th day of June, 2008, a true and correct copy of the foregoing Notice of Motion was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon the following:

>John W. Billhorn
>Billhorn Law Firm
>515 N. State Street
>Suite 2200
>Chicago, IL 60610

>/s/ Paul Patten
>Paul Patten