## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1985 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Kathleen D. Boggs vs. Brown Printing Company | | |

**DOCKET ENTRY TEXT**

ENTER AGREED ORDER REGARDING TRANSFER AND PENDING MOTION: It is hereby ordered that this matter is transferred to the Western District of Illinois. The briefing schedule on the issue of Brown's request to dismiss Boggs Rule 23 claims is stricken; said issue to be addressed after this matter is transferred.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|