IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN D. BOGGS, on behalf of herself and all other plaintiffs, known and unknown, | ) ) ) ) |
| Plaintiff, | ) No. 08 CV 1985 |
| v. | ) ) Chief Judge Holderman |
| BROWN PRINTING COMPANY | ) ) Magistrate Judge Valdez |
| Defendant. | ) ) |

**AGREED ORDER REGARDING TRANSFER AND PENDING MOTION**

On June 9, 2008, Defendant Brown Printing Company ("Brown") filed a motion to Dismiss or in the Alternative Transfer this matter to the Western Division of the United States District Court for the Northern District of Illinois, and a motion to dismiss the Rule 23 allegations of Plaintiff Kathleen D. Boggs ("Boggs").

On June 12, 2008, this Court set a briefing schedule providing Boggs until June 26, 2008 to file a response to Brown's motion and Brown until July 11, 2008 to file its reply.

Pursuant to 28 U.S.C. § 93, matters originating from McHenry County, Illinois are to be assigned to the Western Division of the United States District Court for the Northern District of Illinois.

The parties agree that Boggs resides in McHenry, Illinois, Brown's plant at which Boggs worked is located in Woodstock, Illinois. Both McHenry and Woodstock are in McHenry County, Illinois, and that transfer to the Western Division is appropriate.

Therefore, it is hereby Ordered:

1. This matter is to be transferred to the Western District of Illinois.

2. The briefing schedule on the issue of Brown's request to dismiss Boggs' Rule 23 claims is stricken; said issue to be addressed after this matter is transferred.

1

Agreed:

Dated:  June 26, 2008

| **KATHLEEN D. BOGGS** | **BROWN PRINTING COMPANY** |
|---|---|
| By:   \_\_s/ John W. Billhorn_____<br>         Plaintiff's Attorney | By:   \_\_s/ Paul Patten_____<br>         One of Defendant's Attorneys |
| John W. Billhorn<br>Billhorn Law Firm<br>515 N. State Street<br>Suite 2200<br>Chicago, IL 60610<br>Telephone:  (312) 464-1450<br>Fax:  (312) 464-1459 | Cathryn E. Albrecht<br>Paul Patten<br>Andrea D. Somerville<br>Jackson Lewis LLP<br>320 West Ohio Street, Suite 500<br>Chicago, IL 60610<br>Telephone:  (312) 787-4949<br>Fax:  (312) 787-4995 |

ENTERED this 21st day of July, 2008.

_____
James F. Holderman, Chief Judge