

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**  312-435-5671

August 5, 2008

Ms. Julia Mitchell, Deputy In Charge
U..S. District Court
211 South Court Street
2nd Floor
Rockford, Illinois 61101

Re:  Boggs v. Brown Printing Company

USDC No: 08-c-1985

Dear Ms. Mitchell:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 7/21/2008 by the Honorable James F. Holderman.  Enclosed is a certified copy of the transfer order and docket sheet.

    Sincerely yours,

    Michael W. Dobbins, Clerk

    By:    Elisa Perez
            Deputy Clerk

Enclosures